IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

FILED

2018 NOV 14  PM 12: 22

U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | **I N D I C T M E N T** |
| | ) | |
| Plaintiff, | ) | |
| | ) | **1 : 18  CR  682** |
| v. | ) | CASE NO._____ |
| | ) | Title 18, Section 666(a)(1)(A), |
| TAMIKO PARKER, | ) | United States Code |
| | ) | |
| Defendant. | ) | |

JUDGE POLSTER

General Allegations

At all times material and relevant to this Indictment:

1.       Defendant TAMIKO PARKER was employed as the executive director of the

Collinwood & Nottingham Villages Development Corporation ("CNVDC"), which was located

in the Northern District of Ohio, Eastern Division.

2.       CNVDC was a 501(c)(3) non-profit organization incorporated in Ohio in 1982.

One of CNVDC's purposes was to acquire, own, lease, and develop real property in Cleveland,

Ohio.

3.       In each of the calendar years 2014, 2015, and 2016, CNVDC, a government

agency as defined by Title 18, United States Code Section 666(d)(2), received benefits in excess

of $10,000 under a Federal program involving a grant, contract, subsidy, loan, guarantee,

insurance and other forms of Federal assistance.

<u>COUNT 1</u>
(Theft Concerning Programs Receiving Federal Funds,
in violation of 18 U.S.C. § 666(a)(1)(A))

The Grand Jury charges:

4.      Paragraphs 1 through 3 of this Indictment are realleged and incorporated by reference as if fully set forth herein.

5.      From in or around September 2014, continuing through in or around February 2016, in the Northern District of Ohio, Eastern Division, and elsewhere, TAMIKO PARKER, being an agent of CNVDC, embezzled, stole, obtained by fraud, and without authority, knowingly converted to the use of a person not the rightful owner and intentionally misapplied property worth at least $5,000 and owned by, under the care of, under the custody of, under the control of CNVDC that is, cash, checks, credit cards, and debit cards in violation of Title 18, United States Code, Section 666(a)(1)(A).

A TRUE BILL.

Original document - Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.

2