IN THE UNITED STATES DISTRICT COURT
NORTHERN DISRTICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 1:18 CR 682 |
| Plaintiff | ) | HON. DAN A. POLSTER |
| -vs- | ) | |
| TAMIKO PARKER, | ) | **MOTION FOR CONTINUANCE OF SENTENCING** |
| Defendant | ) | |

Now comes the Defendant, Tamiko Parker, by and through the undersigned counsel and hereby moves this Honorable Court for a continuance of the sentencing date herein, which is presently set for **March 25, 2020, at 1:30 p.m.**

As grounds herefor, the undersigned counsel submits the following:

1. Counsel has been accepted for attendance at a Federal sentencing seminar put on by the United States Courts for CJA attorneys in New Orleans on March 26 through March 28, 2020.  The undersigned counsel is extremely desirous of attending this seminar as it is limited to 60 participants and he has attempted unsuccessfully to be accepted for attendance twice before.  If permitted to do so, counsel would need to travel from Cleveland, under current plans, on March 24, 2020.

2. The undersigned counsel has conferred with Assistant U.S. Attorney, Brian McDonough, who indicates that he would have no objection to continuance of this matter.

**WHEREFORE**, a brief continuance is respectfully requested

Respectfully submitted,

/s/ Robert A. Dixon
ROBERT A. DIXON (#0022466)
4403 St. Clair Avenue
Cleveland, Ohio 44103
(216) 432-1992
(216) 881-3928 facsimile
Dixonlaws@aol.com

## CERTIFICATE OF SERVICE

This document was filed via the ECF system for the U.S. District Court for the Northern District of Ohio and served upon all parties by operation of that system, this 10th day of February, 2020.

*/s/ Robert A. Dixon*
**ROBERT A. DIXON (#0022466)**
4403 St. Clair Avenue
Cleveland, Ohio 44113
Telephone: (216) 432-1992
Facsimile: (216) 881-3928
E-mail: dixonlaws@aol.com.

Attorney for Defendant