IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| UNITED STATES OF AMERICA, | ) | CASE NO. 1:18 CR 682 |
|---|---|---|
| Plaintiff | ) | HON. DAN A. POLSTER |
| -vs- | ) | |
| TAMIKO PARKER, | ) | **MOTION FOR APPOINTMENT OF COUNSEL FOR APPEAL AND TO PERMIT WITHDRAWL OF PRESENT CJA COUNSEL** |
| Defendant | ) | |

Now comes the Defendant, by and through the undersigned counsel and hereby moves this Honorable court for an Order appointing different counsel for purposes of potential appeal herein.

As grounds herefor, the undersigned counsel submits:

1. That counsel understands that the preferred practice is for CJA counsel to remain on the case for purposes of appeal. However, based upon post-sentencing discussions between the undersigned counsel and client, counsel believes that justice would best be served by appointment of new counsel for purposes of appeal.

2. That this motion is made for the good of the case and in no way should be construed as to negatively reflect upon the defendant. The defendant has been advised of this motion and is in agreement herewith.

WHEREFORE, the defendant prays that this Motion be granted.

Respectfully submitted,

/s/ *Robert A. Dixon*
ROBERT A. DIXON (#0022466)
4403 St. Clair Avenue
Cleveland, Ohio 44103
(216) 432-1992
(216) 881-3928 facsimile
Dixonlaws@aol.com

## CERTIFICATE OF SERVICE

This document was filed via the ECF system for the U.S. District Court for the Northern District of Ohio and served upon all parties by operation of that system, this 3d day of October, 2020.

/s/ *Robert A. Dixon*
ROBERT A. DIXON (#0022466)
4403 St. Clair Avenue
Cleveland, Ohio 44113
Telephone: (216) 432-1992
Facsimile: (216) 881-3928
E-mail: dixonlaws@aol.com.

Attorney for Defendant